DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIAN MATZ,**
Appellant,

v.

**FIRST PROTECTIVE INSURANCE COMPANY**
d/b/a **FRONTLINE INSURANCE,**
Appellee.

No. 4D19-119

[July 3, 2019]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE-18-003156 (09).

Warren D. Diener of The Diener Firm, P.A., Plantation, for appellant.

Jay M. Levy and Ryan L. Marks of Jay M. Levy, P.A., Miami, and Karen D. Fultz of Sheehe & Associates, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, DAMOORGIAN and CIKLIN, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***